UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE MASONRY SECURITY PLAN OF WASHINGTON (Includes Vacation Allowance), WESTERN WASHINGTON B.A.C. LOCAL NO. 1 PENSION TRUST, WESTERN WASHINGTON MASONRY TRADES APPRENTICESHIP AND TRAINING TRUST, AND BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND (hereafter referred to as the "Trust Funds"),<br><br>            Plaintiffs,<br>  v.<br><br>ETHAN ENTERPRISES, INC., a Washington corporation,<br><br>            Defendant. | NO.   C04-659 RSM<br><br>**STIPULATED MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE** |

### STIPULATION

The parties to this action, by and through their counsel of record, stipulate and agree to a continuance of the trial date from October 9, 2007 to December 3, 2007 in order to accommodate counsel's vacation and trial schedules. The parties therefore move the Court for entry of an order setting December 3, 2007 as the trial date in this action.

DATED this 20th day of July, 2006.

---

STIPULATED MOTION FOR
CONTINUNACE OF TRIAL DATE - 1

4900 513 ig200602 7/26/07

McKENZIE ROTHWELL BARLOW
& KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

| | | |
|---|---|---|
| 1 | McKENZIE ROTHWELL BARLOW & KORPI, P.S. | LAW OFFICE OF JASON E. ANDERSON |

*/s Michael H. Korpi*  
Michael H. Korpi, WSBA #12711  
Attorneys for Plaintiffs

*/s/ Jason E. Anderson*  
Jason E. Anderson, WSBA #32232  
Attorney for Defendant

**ORDER**

It is so ORDERED. The Court will issue a revised scheduling order in accordance with the foregoing stipulation.

DONE this 26th day of July, 2007.

RICARDO S. MARTINEZ  
UNITED STATES DISTRICT JUDGE

Presented by:

*/s Michael H. Korpi*  
Michael H. Korpi, WSBA #12711  
Attorneys for Plaintiffs  
McKENZIE ROTHWELL BARLOW  
& KORPI, P.S.

Copy received, approved as to form:

*/s/ Jason E. Anderson*  
Jason E. Anderson, WSBA #32232  
LAW OFFICE OF  
JASON E. ANDERSON  
Attorney for Defendant

STIPULATED MOTION FOR
CONTINUNACE OF TRIAL DATE - 2

4900 513 ig200602 7/26/07

McKENZIE ROTHWELL BARLOW
& KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900